# United States District Court
## Southern District of Georgia

SANTANA WILLINGHAM,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV1:16-130
(Formerly CR113-010)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of October 3, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is DISMISSED, and this civil action stands CLOSED.

10/03/2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk